IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

GREG SOCKWELL                                                                    PLAINTIFF

v.                                                       CIVIL ACTION NO. 3:19-cv-00004-GHD-RP

TOWN OF CALHOUN CITY, MISSISSIPPI and
TITO LOPEZ, In His Individual Capacity                                          DEFENDANTS

### ORDER GRANTING DEFENDANT TITO LOPEZ' MOTION TO DISMISS

Pursuant to a memorandum opinion entered this date, it is hereby ORDERED that:

(1) the Defendant Tito Lopez' motion to dismiss [16] is GRANTED; and

(2) the Plaintiff's claims against the Defendant Tito Lopez are DISMISSED WITH PREJUDICE; the Plaintiff's claims against the Defendant Town of Calhoun City, Mississippi, shall proceed.

SO ORDERED, this, the 5 day of August, 2019.

_____
SENIOR U.S. DISTRICT JUDGE